# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
## DIVISION

In re:                                          §
                                                §
JO, DAVID MICHIO                                §          Case No. 12-32909
                                                §
                           Debtor(s)            §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter     of the United States Bankruptcy Code was filed on
     .   The undersigned trustee was appointed on              .

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of                    $

        Funds were disbursed in the following amounts:

        Payments made under an interim
        disbursement
        Administrative expenses
        Bank service fees
        Other payments to creditors
        Non-estate funds paid to 3rd Parties
        Exemptions paid to the debtor
        Other payments to the debtor

        Leaving a balance on hand of[1]              $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was  01/21/2014  and the deadline for filing governmental claims was  01/21/2014 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 2,850.00 .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 2,850.00 , for a total compensation of $ 2,850.00 [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 83.00 , for total expenses of $ 83.00 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 11/03/2014                    By: _____
                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page:   1

Exhibit A

| Case No: | 12-32909 | ABG | Judge: A. BENJAMIN GOLDGAR | | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|---|---|
| Case Name: | JO, DAVID MICHIO | | | | Date Filed (f) or Converted (c): | 08/20/12 (f) |
| | | | | | 341(a) Meeting Date: | 09/27/12 |
| For Period Ending: 11/03/14 | | | | | Claims Bar Date: | 01/21/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. single family residence at 4874 Wild Rose Lane, Lo | 475,000.00 | 0.00 | | 0.00 | FA |
| 2. Vacant lot in Long Grove, IL - 19795 W Stone Pond | 87,500.00 | 0.00 | | 0.00 | FA |
| 3. Vacant Lot in Port Richey, FL, purchased for futur | 50,000.00 | 0.00 | | 0.00 | FA |
| 4. cash | 200.00 | 0.00 | | 0.00 | FA |
| 5. checking acct ending in 9341 at Chase | 14.29 | 0.00 | | 0.00 | FA |
| 6. Health Savings Account ending in 0446 at Chase | 2,371.00 | 0.00 | | 0.00 | FA |
| 7. Chase Premier Checking acct ending in 7475 | 444.00 | 0.00 | | 0.00 | FA |
| 8. furniture, furnishings, audio/video equipment | 3,000.00 | 0.00 | | 0.00 | FA |
| 9. watch | 200.00 | 0.00 | | 0.00 | FA |
| 10. one gun, one shotgun, one bass guitar w/ amp. | 2,500.00 | 0.00 | | 0.00 | FA |
| 11. Term life insurance with NW Mutual. Death benefit | 0.00 | 0.00 | | 0.00 | FA |
| 12. 529 prepaid tuition program for two children | 56,541.00 | 0.00 | | 0.00 | FA |
| 13. 33% owner of parent's online store - Washi Accents | 0.00 | Unknown | | 0.00 | Unknown |
| 14. 50% owner of Select Custom Homes, LLC,  a failed c | 0.00 | 0.00 | | 0.00 | FA |
| 15. 100% owner of Cypress Software and Consulting, Inc | 0.00 | 0.00 | | 0.00 | FA |
| 16. 2005 Toyota Tacoma (60,000 miles) | 18,100.00 | 0.00 | | 11,500.00 | FA |
| 17. 2006 Hummer H3 (81,000 miles) | 12,300.00 | 0.00 | | 9,500.00 | FA |
| 18. pet dog | 0.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $708,170.29 | $0.00 | | $21,000.00 | $0.00 |
|---|---|---|---|---|---|

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit A

| | | | |
|---|---|---|---|
| Case No: | 12-32909    ABG    Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | JO, DAVID MICHIO | Date Filed (f) or Converted (c): | 08/20/12 (f) |
| | | 341(a) Meeting Date: | 09/27/12 |
| | | Claims Bar Date: | 01/21/14 |

TRUSTEE IS INVESTIGATING THE VALUE OF VARIOUS VEHICLES OWNED BY THE DEBTOR.  TRUSTEE HAS SOLD TWO VEHICLES BACK TO
DEBTOR FOR $21,000.00.

TRUSTEE IS WAITING FOR BAR DATE TO FILE CLAIMS TO EXPIRE AND THEN TRUSTEE WILL REVIEW THE CLAIMS - January 16, 2014.

TRUSTEE IS DRAFTING HIS TFR AND RELATED DOCUMENTS - October 31, 2014.

Initial Projected Date of Final Report (TFR): 08/31/14        Current Projected Date of Final Report (TFR): 08/31/14

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

**Exhibit B**

| | |
|---|---|
| Case No: | 12-32909 -ABG |
| Case Name: | JO, DAVID MICHIO |
| Taxpayer ID No: | *******0244 |
| For Period Ending: | 11/03/14 |

| | |
|---|---|
| Trustee Name: | JOSEPH E. COHEN |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******2309  Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/04/12 | 16, 17 | Ann Hallihan | Sale of Vehicle | 1129-000 | 21,000.00 | | 21,000.00 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.08 | 20,987.92 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 31.20 | 20,956.72 |
| 03/05/13 | 300001 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 22.06 | 20,934.66 |
| | | 701 Poydras Street | | | | | |
| | | Suite 420 | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 28.14 | 20,906.52 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 31.09 | 20,875.43 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 30.03 | 20,845.40 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 30.99 | 20,814.41 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 29.95 | 20,784.46 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 30.90 | 20,753.56 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 30.85 | 20,722.71 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 29.82 | 20,692.89 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 30.76 | 20,662.13 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 29.73 | 20,632.40 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 30.67 | 20,601.73 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 30.63 | 20,571.10 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 27.62 | 20,543.48 |
| 04/05/14 | 300002 | INTERNATIONAL SURETIES, LTD. | Bond # 016026455 | 2300-000 | | 29.83 | 20,513.65 |
| | | 701 Poydras St. | | | | | |
| | | Suite 420 | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 30.54 | 20,483.11 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 29.48 | 20,453.63 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 30.41 | 20,423.22 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 29.38 | 20,393.84 |

Page Subtotals  21,000.00  606.16

Ver: 18.03a

Page:    2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

Case No:        12-32909  -ABG
Case Name:    JO, DAVID MICHIO

Trustee Name:        JOSEPH E. COHEN
Bank Name:            ASSOCIATED BANK
Account Number / CD #:    *******2309  Checking Account (Non-Interest Earn

Taxpayer ID No:    *******0244
For Period Ending:  11/03/14

Blanket Bond (per case limit):   $  5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 30.32 | 20,363.52 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 30.28 | 20,333.24 |

|  | | COLUMN TOTALS | 21,000.00 | 666.76 | 20,333.24 |
|---|---|---|---|---|---|
| | Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| | Subtotal | 21,000.00 | 666.76 | |
| | Less:  Payments to Debtors | | 0.00 | |
| | Net | 21,000.00 | 666.76 | |

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account (Non-Interest Earn - *******2309 | 21,000.00 | 666.76 | 20,333.24 |
| | ----------------------- | ----------------------- | ----------------------- |
| | 21,000.00 | 666.76 | 20,333.24 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals                0.00                60.60

EXHIBIT C

ANALYSIS OF CLAIMS REGISTER

Page 1

Date: December 29, 2014

Case Number:   12-32909
Debtor Name:   JO, DAVID MICHIO

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 001 2100-00 | JOSEPH E. COHEN, Trustee 105 West Madison Street Chicago, IL 60602 | Administrative | | $0.00 | $2,933.00 | $2,933.00 |
| 001 3110-00 | COHEN & KROL, Attorneys for Trustee 105 West Madison Street Chicago, IL 60602 | Administrative | | $0.00 | $1,956.75 | $1,956.75 |
| BOND 999 2300-00 | INTERNATIONAL SURETIES, LTD. 701 Poydras Street Suite 420 New Orleans, LA 70139 | Administrative | | $0.00 | $51.89 | $51.89 |
| 000001B 040 5800-00 | Illinois Dept. of Employment Security 33 S State St 10th Flr Bankruptcy Unit Chicago, Illinois 60603 Attn. Amelia Yabes | Priority | | $0.00 | $97.99 | $97.99 |
| 000002 040 5800-00 | Illinois Dept. of Employment Security 33 S State St 10th Flr Bankruptcy Unit Chicago, Illinois 60603 Attn. Amelia Yabes | Priority | | $0.00 | $48.99 | $48.99 |
| 000005 040 5800-00 | Internal Revenue Service PO 7346 Philadelphia, PA 19101-7346 | Priority | | $0.00 | $96,127.20 | $96,127.20 |
| 000001C 070 7100-00 | Ill. Dept. of Employment Security 33 S. State, 10th Floor, Bankruptcy Unit Chicago, IL 60603 Attn: Amelia Yabes | Unsecured | | $0.00 | $130.00 | $130.00 |
| 000003 070 7100-00 | Heartland Bank and Trust Company, Successor in Int c/o Michael A. O'Brien 124A S. County Farm Rd. Wheaton, IL 60187 | Unsecured | | $0.00 | $593,954.57 | $593,954.57 |
| 000004 070 7100-00 | Discover Bank DB Servicing Corporation PO Box 3025 New Albany, OH 43054-3025 | Unsecured | | $0.00 | $3,494.36 | $3,494.36 |
| 000006 070 7100-00 | American Express Centurion Bank c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | Unsecured | | $0.00 | $14,023.12 | $14,023.12 |
| 000007 070 7100-00 | American Express Bank, FSB c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | Unsecured | | $0.00 | $7,010.91 | $7,010.91 |

| Page 2 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | Date: December 29, 2014 |

| Case Number: | 12-32909 | Claim Class Sequence |
| Debtor Name: | JO, DAVID MICHIO | |

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|--------|-------------------------|-------------|-------|-----------|---------|---------|
| 000001A<br>050<br>4800-00 | Illinois Dept. of Employment Security<br>33 S State St 10th Flr Bankruptcy Unit<br>Chicago, Illinois 60603<br>Attn. Amelia Yabes | Secured | | $0.00 | $896.35 | $896.35 |
| | Case Totals: | | | $0.00 | $720,725.13 | $720,725.13 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-32909
Case Name: JO, DAVID MICHIO
Trustee Name: JOSEPH E. COHEN

Balance on hand                                                 $

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000001A | Illinois Dept. of Employment Security 33 S State St 10th Flr Bankruptcy Unit Chicago, Illinois 60603 Attn. Amelia Yabes | $ | $ | $ | $ |

Total to be paid to secured creditors          $_____

Remaining Balance                              $_____


Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH E. COHEN | $ | $ | $ |
| Trustee Expenses: JOSEPH E. COHEN | $ | $ | $ |
| Attorney for Trustee Fees: COHEN & KROL, Attorneys for Trustee | $ | $ | $ |
| Other: INTERNATIONAL SURETIES, LTD. | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses    $_____

Remaining Balance                              $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $              must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|-----------|----------|-------------------------|--------------------------|------------------|
| 000001B | Illinois Dept. of Employment Security 33 S State St 10th Flr Bankruptcy Unit Chicago, Illinois 60603 Attn. Amelia Yabes | $ | $ | $ |
| 000002 | Illinois Dept. of Employment Security 33 S State St 10th Flr Bankruptcy Unit Chicago, Illinois 60603 Attn. Amelia Yabes | $ | $ | $ |
| 000005 | Internal Revenue Service PO 7346 Philadelphia, PA 19101-7346 | $ | $ | $ |

Total to be paid to priority creditors          $_____

Remaining Balance                                $_____

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $              have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be       percent, plus interest (if

applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000003 | Heartland Bank and Trust Company, Successor in Int c/o Michael A. O'Brien 124A S. County Farm Rd. Wheaton, IL 60187 | $ | $ | $ |
| 000004 | Discover Bank DB Servicing Corporation PO Box 3025 New Albany, OH 43054-3025 | $ | $ | $ |
| 000006 | American Express Centurion Bank c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | $ | $ | $ |
| 000007 | American Express Bank, FSB c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | $ | $ | $ |
| 000001C | Ill. Dept. of Employment Security 33 S. State, 10th Floor, Bankruptcy Unit Chicago, IL 60603 Attn: Amelia Yabes | $ | $ | $ |

Total to be paid to timely general unsecured creditors          $_____

Remaining Balance                                                                    $_____

Tardily filed claims of general (unsecured) creditors totaling $        have been allowed and will be paid _pro rata_ only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be        percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $        have been allowed and will be paid _pro rata_ only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be        percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE