# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| JO, DAVID MICHIO | § | Case No. 12-32909 |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that JOSEPH E. COHEN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
CLERK OF BANKRUPTCY COURT
219 S. Dearborn Street, Chicago, IL

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 1:30 PM on 01/09/2015 in Courtroom ,
North Branch Court
1792 Nicole Lane
Round Lake Beach, IL 60073

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____     By: _____
                                              Clerk, U.S. Bankruptcy Court

JOSEPH E. COHEN
105 WEST MADISON STREET
SUITE 1100
CHICAGO, IL 60602-0000

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | § | |
|---|---|---|
| | § | |
| JO, DAVID MICHIO | § | Case No. 12-32909 |
| | § | |
| Debtor(s) | § | |

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 21,000.00 |
| and approved disbursements of | $ | 666.76 |
| leaving a balance on hand of[1] | $ | 20,333.24 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000001A | Illinois Dept. of Employment Security<br>33 S State St 10th Flr Bankruptcy Unit<br>Chicago, Illinois 60603<br>Attn. Amelia Yabes | $ 896.35 | $ 896.35 | $ 0.00 | $ 896.35 |

| | | |
|---|---|---|
| Total to be paid to secured creditors | $ | 896.35 |
| Remaining Balance | $ | 19,436.89 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH E. COHEN | $ 2,850.00 | $ 0.00 | $ 2,850.00 |
| Trustee Expenses: JOSEPH E. COHEN | $ 83.00 | $ 0.00 | $ 83.00 |
| Attorney for Trustee Fees: COHEN & KROL, Attorneys for Trustee | $ 1,956.75 | $ 0.00 | $ 1,956.75 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 51.89 | $ 51.89 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses    $ 4,889.75

Remaining Balance    $ 14,547.14

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 96,274.18  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001B | Illinois Dept. of Employment Security 33 S State St 10th Flr Bankruptcy Unit Chicago, Illinois 60603 Attn. Amelia Yabes | $ 97.99 | $ 0.00 | $ 14.81 |
| 000002 | Illinois Dept. of Employment Security 33 S State St 10th Flr Bankruptcy Unit Chicago, Illinois 60603 Attn. Amelia Yabes | $ 48.99 | $ 0.00 | $ 7.40 |
| 000005 | Internal Revenue Service PO 7346 Philadelphia, PA 19101-7346 | $ 96,127.20 | $ 0.00 | $ 14,524.93 |

Total to be paid to priority creditors    $ 14,547.14

UST Form 101-7-NFR (10/1/2010) *(Page: 3)*

    Remaining Balance                                            $             0.00

    The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

    Timely claims of general (unsecured) creditors totaling $ 618,612.96 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

    Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000003 | Heartland Bank and Trust Company, Successor in Int c/o Michael A. O'Brien 124A S. County Farm Rd. Wheaton, IL 60187 | $ 593,954.57 | $ 0.00 | $ 0.00 |
| 000004 | Discover Bank DB Servicing Corporation PO Box 3025 New Albany, OH 43054-3025 | $ 3,494.36 | $ 0.00 | $ 0.00 |
| 000006 | American Express Centurion Bank c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | $ 14,023.12 | $ 0.00 | $ 0.00 |
| 000007 | American Express Bank, FSB c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | $ 7,010.91 | $ 0.00 | $ 0.00 |
| 000001C | Ill. Dept. of Employment Security 33 S. State, 10th Floor, Bankruptcy Unit Chicago, IL 60603 Attn: Amelia Yabes | $ 130.00 | $ 0.00 | $ 0.00 |

    Total to be paid to timely general unsecured creditors          $       0.00

    Remaining Balance                                      $       0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/JOSEPH E. COHEN
TRUSTEE

*JOSEPH E. COHEN*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 12-32909-ABG
David Michio Jo                                                         Chapter 7
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: mflowers              Page 1 of 2           Date Rcvd: Dec 31, 2014
                              Form ID: pdf006             Total Noticed: 34

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 02, 2015.
```
db            +David Michio Jo,    4974 Wild Rose Lane,    Long Grove, IL 60047-5280
19333516       Allied Interstate,    3000 Corporate Dr. 5th Fl,    Columbus, OH 43231
19333518       American Express,    P.O. Box 981535,    El Paso, TX 79998-1535
19333519       American Express,    PO Box 0001,    Los Angeles, CA 90096-8000
21240383       American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
21236578       American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
19333522     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court: Bank of America,    PO Box 982235,    El Paso, TX 79998-2235)
19333523       Bank of America,    PO Box 5170,    Simi Valley, CA 93062-5170
19333525       Capital One,    PO Box 30285,    Salt Lake City, UT 84130-0285
19333527      +Chase,    PO Box 15298,    Wilmington, DE 19850-5298
19333532      +Douglas C Zahm PA,    12425 28th Street North,    Suite 200,    Saint Petersburg, FL 33716-1826
19333533      +Douglas R. Johnson, PC,    321 North Clark St,    5th Floor,    Chicago, IL 60654-4714
19333534      #Encore Receivable Mgmt,    PO Box 1699,    Southgate, MI 48195-0699
19333535       FIA Card Services,    Payment Processing Center,    PO Box 15019,    Wilmington, DE 19886-5019
19333537       Harbor Colony,    New Port Richey, FL 34652
21134298      +Heartland Bank and Trust Company, Successor in Int,    c/o Michael A. O'Brien,
               124A S. County Farm Rd.,    Wheaton, IL 60187-4596
19333538     ++ILLINOIS DEPARTMENT OF REVENUE,    BANKRUPTCY DEPARTMENT,    P O BOX 64338,
               CHICAGO IL 60664-0338
              (address filed with court: Illinois Department of Revenue,    Bankruptcy Section Level 7-425,
               100 W. Randolph Street,    Chicago, IL 60602)
19333539      +Illinois Dept Employment Security,    Chicago Region - Revenue,    527 S. Wells Street, Suite 100,
               Chicago, IL 60607-3962
19458566      +Illinois Dept. of Employment Security,    33 S State St 10th Flr Bankruptcy Unit,
               Chicago, Illinois 60603-2808,    Attn. Amelia Yabes
19333540      +Impact Networking,    953 South Northpoint Blvd.,    Waukegan, IL 60085-8214
19333542      +JP Morgan Chase Bank,    AZI-1004,    PO Box 29550,    Phoenix, AZ 85038-9550
19333545      +MRS BPO, LLC,    1930 Olney Ave,    Cherry Hill, NJ 08003-2016
19333543      +Michael A. O'Brien,    124A S. County Farm Road,    Wheaton, IL 60187-4596
19333546      +NCB Management Services,    PO Box 1099,    Langhorne, PA 19047-6099
19333547       Select Custom Homes, LLC,    c/o Raymond W. Stauber, Jr.,    300 Naperville Road, Suite 304,
               Wheaton, IL 60187
19333549      +US Bank,    PO Box 21948,    Eagan, MN 55121-0948
19333548      +United Collection Bureau,    5620 Southwyck Blvd,    Suite 206,    Toledo, OH 43614-1501
19333550       Wells Fargo Home Mortgage,    PO Box 5296,    Carol Stream, IL 60197-5296
19333551      +Zwicker & Associates,    80 Minuteman Road,    Andover, MA 01810-1008
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
19333526      +E-mail/Text: melanie.barickman@centrue.com Jan 01 2015 00:59:46     Centrue Bank,
               208 E Veterans Parkway,    Yorkville, IL 60560-1363
19333530      +E-mail/Text: bankruptcy@firststatebank.biz Jan 01 2015 00:57:09
               Citizens First National Bank,    14429 S Wallin Drive,    Plainfield, IL 60544-2502
19333531       E-mail/PDF: mrdiscen@discoverfinancial.com Jan 01 2015 01:01:38     Discover,    P.O. 30421,
               Salt Lake City, UT 84130-0421
21141433       E-mail/PDF: mrdiscen@discoverfinancial.com Jan 01 2015 01:01:38     Discover Bank,
               DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
19333541       E-mail/Text: cio.bncmail@irs.gov Jan 01 2015 00:57:19     Internal Revenue Service,    PO 7346,
               Philadelphia, PA 19101-7346
                                                                                              TOTAL: 5

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
19333520       Ann Hallihan,    same as Debtor
19333521       Ann Hallihan,    same as Debtor
19333536       Gulf Harbor Beach Club,    5345 West Shore Drive
19333517*      Allied Interstate,    3000 Corporate Dr. 5th Fl,    Columbus, OH 43231
19333528*     +Chase,    PO Box 15298,    Wilmington, DE 19850-5298
19333529*     +Chase,    PO Box 15298,    Wilmington, DE 19850-5298
19333524     ##+Brian Blazek,    339 Austin Court,    Yorkville, IL 60560-9162
19333544     ##+Mr. Brian Blazek,    339 Austin Court,    Yorkville, IL 60560-9162
                                                                                   TOTALS: 3, * 3, ## 2
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0752-1           User: mflowers              Page 2 of 2                  Date Rcvd: Dec 31, 2014
                               Form ID: pdf006             Total Noticed: 34
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 02, 2015                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 30, 2014 at the address(es) listed below:

              Christopher M Brown    on behalf of Creditor    U.S. Bank National Association
               northerndistrict@atty-pierce.com, cbrown@atty-pierce.com
              David  Brown, ESQ    on behalf of Debtor David Michio Jo dbrown@springerbrown.com,
               jkrafcisin@springerbrown.com
              E. Philip  Groben    on behalf of Trustee Joseph E Cohen pgroben@cohenandkrol.com,
               trotman@cohenandkrol.com;jneiman@cohenandkrol.com
              Joseph E Cohen    jcohen@cohenandkrol.com,
               jcohen@ecf.epiqsystems.com;jcohenattorney@gmail.com;jneiman@cohenandkrol.com;trotman@cohenandkrol.com
              Joseph E Cohen    on behalf of Attorney    Cohen & Krol jcohen@cohenandkrol.com,
               jcohen@ecf.epiqsystems.com;jcohenattorney@gmail.com;jneiman@cohenandkrol.com;trotman@cohenandkrol.com
              Joseph E Cohen    on behalf of Trustee Joseph E Cohen jcohen@cohenandkrol.com,
               jcohenattorney@gmail.com;gkrol@cohenandkrol.com;jneiman@cohenandkrol.com;trotman@cohenandkrol.com
              Michael A O'Brien    on behalf of Creditor    Citizens First National Bank
               mobrien@obrienlawoffices.com, pdunne@obrienlawoffices.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 8