UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
§
JO, DAVID MICHIO § Case No. 12-32909
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH E. COHEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $         (see **Exhibit 1**), minus funds paid to the debtor and third parties of $     (see **Exhibit 2**), yielded net receipts of $         from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS:  CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on ___. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____  By:/s/JOSEPH E. COHEN _____
                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Bank of America PO Box 5170 Simi Valley, CA 93062-5170 |  |  |  |  |  |
|  | Centrue Bank 208 E Veterans Parkway Yorkville, IL 60560 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Gulf Harbor Beach Club 5345 West Shore Drive | | | | | |
| | Harbor Colony New Port Richey, FL 34652 | | | | | |
| | US Bank PO Box 21948 Eagan, MN 55121 | | | | | |
| | Wells Fargo Home Mortgage PO Box 5296 Carol Stream, IL 60197-5296 | | | | | |
| 000001A | ILLINOIS DEPT. OF EMPLOYMENT SECURI | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH E. COHEN, TRUSTEE | | | | | |
| JOSEPH E. COHEN, TRUSTEE | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| ASSOCIATED BANK | | | | | |

UST Form 101-7-TDR (10/1/2010) *(Page: 4)*

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| COHEN & KROL, ATTORNEYS FOR TRUSTEE | | | | | |
| JOSEPH E. COHEN, ATTORNEY | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Illinois Department of Revenue Bankruptcy Section Level 7-425 100 W. Randolph Street Chicago, IL 60602 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Illinois Dept Employment Security Chicago Region - Revenue 527 S. Wells Street, Suite 100 Chicago, IL 60607 | | | | | |
| | Internal Revenue Service PO 7346 Philadelphia, PA 19101-7346 | | | | | |
| 000001B | ILLINOIS DEPT. OF EMPLOYMENT SECURI | | | | | |
| 000002 | ILLINOIS DEPT. OF EMPLOYMENT SECURI | | | | | |
| 000005 | INTERNAL REVENUE SERVICE | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Express P.O. Box 981535 El Paso, TX 79998-1535 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Express PO Box 0001 Los Angeles, CA 90096-8000 | | | | | |
| | Bank of America PO Box 982235 El Paso, TX 79998-2235 | | | | | |
| | Brian Blazek 339 Austin Court Yorkville, IL 60560 | | | | | |
| | Capital One PO Box 30285 Salt Lake City, UT 84130-0285 | | | | | |
| | Chase PO Box 15298 Wilmington, DE 19850 | | | | | |
| | Chase PO Box 15298 Wilmington, DE 19850 | | | | | |
| | Chase PO Box 15298 Wilmington, DE 19850 | | | | | |
| | Citizens First National Bank 14429 S Wallin Drive Plainfield, IL 60544 | | | | | |
| | Discover P.O. 30421 Salt Lake City, UT 84130-0421 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Impact Networking 953 South Northpoint Blvd. Waukegan, IL 60085 | | | | | |
| | JP Morgan Chase Bank AZI-1004 PO Box 29550 Phoenix, AZ 85038 | | | | | |
| 000007 | AMERICAN EXPRESS BANK, FSB | | | | | |
| 000006 | AMERICAN EXPRESS CENTURION BANK | | | | | |
| 000004 | DISCOVER BANK | | | | | |
| 000003 | HEARTLAND BANK AND TRUST COMPANY, S | | | | | |
| 000001C | ILL. DEPT. OF EMPLOYMENT SECURITY | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 12-32909 | ABG | Judge: A. BENJAMIN GOLDGAR | | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|---|---|
| Case Name: | JO, DAVID MICHIO | | | | Date Filed (f) or Converted (c): | 08/20/12 (f) |
| | | | | | 341(a) Meeting Date: | 09/27/12 |
| For Period Ending: | 04/02/15 | | | | Claims Bar Date: | 01/21/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. single family residence at 4874 Wild Rose Lane, Lo | 475,000.00 | 0.00 | | 0.00 | FA |
| 2. Vacant lot in Long Grove, IL - 19795 W Stone Pond | 87,500.00 | 0.00 | | 0.00 | FA |
| 3. Vacant Lot in Port Richey, FL, purchased for futur | 50,000.00 | 0.00 | | 0.00 | FA |
| 4. cash | 200.00 | 0.00 | | 0.00 | FA |
| 5. checking acct ending in 9341 at Chase | 14.29 | 0.00 | | 0.00 | FA |
| 6. Health Savings Account ending in 0446 at Chase | 2,371.00 | 0.00 | | 0.00 | FA |
| 7. Chase Premier Checking acct ending in 7475 | 444.00 | 0.00 | | 0.00 | FA |
| 8. furniture, furnishings, audio/video equipment | 3,000.00 | 0.00 | | 0.00 | FA |
| 9. watch | 200.00 | 0.00 | | 0.00 | FA |
| 10. one gun, one shotgun, one bass guitar w/ amp. | 2,500.00 | 0.00 | | 0.00 | FA |
| 11. Term life insurance with NW Mutual. Death benefit | 0.00 | 0.00 | | 0.00 | FA |
| 12. 529 prepaid tuition program for two children | 56,541.00 | 0.00 | | 0.00 | FA |
| 13. 33% owner of parent's online store - Washi Accents | 0.00 | Unknown | | 0.00 | Unknown |
| 14. 50% owner of Select Custom Homes, LLC, a failed c | 0.00 | 0.00 | | 0.00 | FA |
| 15. 100% owner of Cypress Software and Consulting, Inc | 0.00 | 0.00 | | 0.00 | FA |
| 16. 2005 Toyota Tacoma (60,000 miles) | 18,100.00 | 0.00 | | 11,500.00 | FA |
| 17. 2006 Hummer H3 (81,000 miles) | 12,300.00 | 0.00 | | 9,500.00 | FA |
| 18. pet dog | 0.00 | 0.00 | | 0.00 | FA |

TOTALS (Excluding Unknown Values)     $708,170.29     $0.00     $21,000.00     Gross Value of Remaining Assets $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | | | |
|---|---|---|---|
| Case No: | 12-32909   ABG   Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | JO, DAVID MICHIO | Date Filed (f) or Converted (c): | 08/20/12 (f) |
| | | 341(a) Meeting Date: | 09/27/12 |
| | | Claims Bar Date: | 01/21/14 |

ALL CHECKS HAVE CLEARED THE BANK AND THE TRUSTEE IS SUBMITTING HIS TDR TO THE UST FOR REVIEW - April 2, 2015. TFR HAS BEEN FILED WITH THE COURT AND A FINAL HEARING SET - Jan. 17, 2015.  TRUSTEE IS INVESTIGATING THE VALUE OF VARIOUS VEHICLES OWNED BY THE DEBTOR.  TRUSTEE HAS SOLD TWO VEHICLES BACK TO DEBTOR FOR $21,000.00.  TRUSTEE IS WAITING FOR BAR DATE TO FILE CLAIMS TO EXPIRE AND THEN TRUSTEE WILL REVIEW THE CLAIMS - January 16, 2014.
NO CHANGE - April 30, 2014.  TRUSTEE PREPARING HIS TFR, NDR AND RELATED DOCUMENTS - July 17, 2014.  TRUSTEE TO SUBMIT TFR & NFR TO UST FOR REVIEW - Oct. 25, 2014.

Initial Projected Date of Final Report (TFR): 08/31/14     Current Projected Date of Final Report (TFR): 08/31/14

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 12-32909 -ABG | Trustee Name: | JOSEPH E. COHEN |
| --- | --- | --- | --- |
| Case Name: | JO, DAVID MICHIO | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******2309 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******0244 | | |
| For Period Ending: | 04/02/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/04/12 | 16, 17 | Ann Hallihan | Sale of Vehicle | 1129-000 | 21,000.00 | | 21,000.00 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.08 | 20,987.92 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 31.20 | 20,956.72 |
| 03/05/13 | 300001 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 22.06 | 20,934.66 |
| | | 701 Poydras Street | | | | | |
| | | Suite 420 | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 28.14 | 20,906.52 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 31.09 | 20,875.43 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 30.03 | 20,845.40 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 30.99 | 20,814.41 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 29.95 | 20,784.46 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 30.90 | 20,753.56 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 30.85 | 20,722.71 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 29.82 | 20,692.89 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 30.76 | 20,662.13 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 29.73 | 20,632.40 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 30.67 | 20,601.73 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 30.63 | 20,571.10 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 27.62 | 20,543.48 |
| 04/05/14 | 300002 | INTERNATIONAL SURETIES, LTD. | Bond # 016026455 | 2300-000 | | 29.83 | 20,513.65 |
| | | 701 Poydras St. | | | | | |
| | | Suite 420 | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 30.54 | 20,483.11 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 29.48 | 20,453.63 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 30.41 | 20,423.22 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 29.38 | 20,393.84 |

Page Subtotals 21,000.00 606.16

Ver: 18.04

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 11)*

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 12-32909 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | JO, DAVID MICHIO | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******2309 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******0244 | | | |
| For Period Ending: | 04/02/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 30.32 | 20,363.52 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 30.28 | 20,333.24 |
| 01/12/15 | 300003 | JOSEPH E. COHEN, Trustee<br>105 West Madison Street<br>Chicago, IL 60602 | Trustee Fees<br>Trustee Fees<br><br>Fees 2,850.00<br>Expenses 83.00 | <br><br><br>2100-000<br>2200-000 | | 2,933.00 | 17,400.24 |
| 01/12/15 | 300004 | COHEN & KROL, Attorneys for Trustee<br>105 West Madison Street<br>Chicago, IL 60602 | Attorney for Trustee fees | 3110-000 | | 1,304.50 | 16,095.74 |
| 01/12/15 | 300005 | JOSEPH E. COHEN, Attorney<br>105 West Madison Street<br>Chicago, IL 60602 | Attorney for Trustee fees | 3110-000 | | 652.25 | 15,443.49 |
| 01/12/15 | 300006 | Illinois Dept. of Employment Security<br>33 S State St 10th Flr Bankruptcy Unit<br>Chicago, Illinois 60603<br>Attn. Amelia Yabes | Claim 000001B, Payment 16.04245%<br>(1-1) Unemployment Tax | 5800-000 | | 15.72 | 15,427.77 |
| 01/12/15 | 300007 | Illinois Dept. of Employment Security<br>33 S State St 10th Flr Bankruptcy Unit<br>Chicago, Illinois 60603<br>Attn. Amelia Yabes | Claim 000002, Payment 16.04409%<br>(2-1) Administrative Claim | 5800-000 | | 7.86 | 15,419.91 |
| 01/12/15 | 300008 | Internal Revenue Service<br>PO 7346<br>Philadelphia, PA 19101-7346 | Claim 000005, Payment 16.04115% | 5800-000 | | 15,419.91 | 0.00 |

Page Subtotals 0.00 20,393.84

Ver: 18.04

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*

FORM 2

Page: 3

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 12-32909 -ABG | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | JO, DAVID MICHIO | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******2309  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******0244 | | |
| For Period Ending: | 04/02/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  | COLUMN TOTALS | | 21,000.00 | 21,000.00 | 0.00 |
|  | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
|  | Subtotal | | 21,000.00 | 21,000.00 | |
|  | Less: Payments to Debtors | | | 0.00 | |
|  | Net | | 21,000.00 | 21,000.00 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account (Non-Interest Earn - *******2309 | 21,000.00 | 21,000.00 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 21,000.00 | 21,000.00 | 0.00 |
| | ============== | ============== | ============== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals     0.00     0.00

Ver: 18.04

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 13)*